THE COVINGTON, COAL CREEK, AND JACKSONVILLE PLANK-
ROAD COMPANY *v.* RISTINE.

APPEAL from the *Fountain* Court of Common Pleas.
*Ristine* sued the company for 750 dollars for services
rendered by him as secretary of the company. The
complaint alleges that the services commenced on the
22d of *September*, 1849, and ended on the 22d of *Septem-
ber*, 1854. It was proved from the records of the com-
pany that the secretary was entitled to 150 dollars a
year, and that *Ristine* was secretary during the time for
which he claimed. Judgment for the plaintiff.

*Monday,
December* 8.

*Per Curiam.*—The judgment is affirmed upon the evi-
dence, with 10 per cent. damages and costs.

W. H. Mallory, for the appellant.
J. Ristine, for the appellee.